AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Julio Cesar Aguirre<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 25-06320MJ |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Julio Cesar Aguirre                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Attempted Carjacking, in violation of Title 18, United States Code, § 2119; Use and Discharge of a Firearm During and In Furtherance of a Crime of Violence, in violation of Title 18, United States Code, § 924(c)(1)(A)(iii); and Alien in Possession of a Firearm, in violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(8).

Date:   07/02/2025

*Lynnette C. Kimmins*
Issuing officer's signature

City and state:   Tucson, Arizona

Lynnette C. Kimmins, United States Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)*  July 2, 2025 , and the person was arrested on *(date)*  July 2, 2025
at *(city and state)*   Tucson, Arizona                          .

Date:   7/3/2025

Arresting officer's signature

STEVEN MOLESKEY, FBI SPECIAL AGENT
Printed name and title